JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
**BOWEN LAW OFFICES**
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
Telephone: (702)240-5191
Facsimile: (702) 240-5797
twilcox@lvlawfirm.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*

PARAMOUNT PROMOTIONS, LLC, a
Nevada limited liability company; KEVIN
COFFERS, as a Managing Member, Owner,
Stockholder, Officer and/or Director and
individually;

Plaintiff,

vs.

STATE FARM FIRE AND CASUALTY
COMPANY, a foreign corporation; and DOES
I through X; and ROE CORPORATIONS I
through X.

Defendants.

Case No. 2:20-cv-00846-JAD-NJK

**Order Granting Stipulation to Extend
Time to Respond to Summary-
Judgment Motion**

[ECF No. 8]

Plaintiffs and Defendant have stipulated and agreed to an extension of time from June 16,

2020 to June 19, 2020 for Plaintiffs to file their Response to Defendant's Motion for Summary

Judgment on Plaintiffs' Second and Third Causes of Action, or in the Alternative, Motion to Dismiss

Plaintiffs' Second and Third Causes of Action (ECF 5) filed on May 26, 2020.  The reasons

supporting this stipulation are as follows: Given the unfortunate circumstances associated with

COVID-19,  Plaintiff's counsel has invoked limited and remote working conditions for its office.

**BOWEN LAW OFFICES**
Conquistador Plaza
9960 W. Cheyenne Ave, Suite 250
Las Vegas, Nevada 89129
702-240-5191  FAX: 702-240-5797

**BOWEN LAW OFFICES**
Conquistador Plaza
9960 W. Cheyenne Ave, Suite 250
Las Vegas, Nevada 89129
702-240-5191  FAX: 702-240-5797

1   Counsel requires additional time to have meaningful discussions with client(s) and file review as to

2   provide the Court a complete outline of facts and issues.

3         This is the first extension of time requested by the Parties related to this Motion, which is

4   made in good faith and not for purposes of delay.

5

6   Dated this 16th day of June, 2020.         Dated this 16th day of June, 2020.

7   /s/ Jerome R. Bowen, Esq.         /s/ Renee Finch, Esq.
    Jerome R. Bowen, Esq.         M. Caleb Meyer, Esq. (Nevada Bar No. 13379)

8   Nevada Bar No. 4540         Renee Finch, Esq. (Nevada Bar No. 13118)
    **BOWEN LAW OFFICES**         **MESSNER REEVES, LLP**

9   9960 W. Cheyenne Avenue, Suite 250    9845 West Russell Road, Suite 300
    Las Vegas, Nevada 89129         Las Vegas, NV 89148

10  Attorney for Plaintiffs         Attorneys for Defendant
             STATE FARM FIRE & CASUALTY COMPANY

11

12           **ORDER**

13

14      IT IS SO ORDERED.

15  Dated this 19th day of June, 2020.

16  

17  _____
    U.S. District Judge Jennifer A. Dorsey

18

19

20

21

22

23

24

25

26

27

28  Page 2 of  2