M. Caleb Meyer, Esq. (Nevada Bar No. 13379)
Renee Finch, Esq. (Nevada Bar No. 13118)
**MESSNER REEVES, LLP**
9845 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone:  (702) 363-5100
Facsimile: (702) 363-5101
E-mail: rfinch@messner.com
         cmeyer@messner.com
Attorneys for Defendant
STATE FARM FIRE & CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PARAMOUNT PRODUCTIONS, LLC, a Nevada Limited Liability Company, KEVIN COFFERS, as a Managing Member, Owner, Stockholder, Officer and/or Director and individually,<br><br>                    Plaintiffs,<br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation; and DOES I through X; and ROE CORPORATIONS I through X,<br><br>                    Defendants. | Case No.  2:20-cv-00846-JAD-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE REPLY DEADLINE TO DEFENDANT'S FIRST MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S SECOND AND THIRD CAUSES OF ACTIONS, OR IN THE ALTERNATIVE, MOTION TO DISMISS PLAINTIFFS' SECOND AND THIRD CAUSES OF ACTION** |

**IT IS HEREBY STIPULATED AND AGREED,** Defendant, STATE FARM FIRE AND CASUALTY COMPANY, by and through their respective counsel of record, that the deadline for Defendant to file its Reply to *Defendant's First Motion For Summary Judgment On Plaintiff's Second And Third Causes Of Actions, Or In The Alternative, Motion To Dismiss Plaintiffs' Second And Third Causes Of Action* Currently set for  July 3, 2020, shall be continued to July 10, 2020.

.

{04244612 / 1}

| | |
|---|---|
| Dated this 2nd day of July, 2020. | Dated this 2nd day of July, 2020. |
| **BOWEN LAW OFFICES** | **MESSNER REEVES LLP** |
| By: */s/Jerome R. Bowen, Esq.* <br> Jerome R. Bowen, Esq. <br> Nevada Bar No. 4540 <br> BOWEN LAW OFFICES <br> 9960 W. Cheyenne Ave., Ste. 250 <br> Las Vegas, NV 89129 <br> Email: twilcox@lvlawfirm.com <br> *Attorneys for Plaintiffs* | By: */s/Renee M. Finch, Esq.* <br> M. Caleb Meyer, Esq. <br> Nevada Bar No. 13379 <br> Renee M. Finch, Esq. <br> Nevada Bar No. 13118 <br> 8945 W. Russell Road, Suite 300 <br> Las Vegas, Nevada 89148 <br> Email: cmeyer@messner.com <br> Email: lcalvert@messner.com <br> *Attorneys for Defendant* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: *nunc pro tunc* to July 3, 2020.

{04244612 / 1}

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of July, 2019, a true and correct copy of the foregoing **STIPULATION AND ORDER TO CONTINUE REPLY DEADLINE TO DEFENDANT'S FIRST MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S SECOND AND THIRD CAUSES OF ACTIONS, OR IN THE ALTERNATIVE, MOTION TO DISMISS PLAINTIFFS' SECOND AND THIRD CAUSES OF ACTION** was filed and served upon the following by the method indicated:

Jerome R. Bowen, Esq.
Nevada Bar No. 4540
BOWEN LAW OFFICES
9960 W. Cheyenne Ave., Ste. 250
Las Vegas, NV 89129
Email: twilcox@lvlawfirm.com
*Attorney for Plaintiffs*

　　　　　　　　　　　　　　　　　　*/s/ Tracey L. Zastrow*_____
　　　　　　　　　　　　　　　　　　Employee of MESSNER REEVES LLP

{04244612 / 1}