UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PARAMOUNT PROMOTIONS, LLC, et al.,<br>    Plaintiff(s),<br>v.<br>STATE FARM FIRE AND CASUALTY COMPANY,<br>    Defendant(s). | Case No.: 2:20-cv-00846-JAD-NJK<br><br>**Order**<br><br>[Docket No. 15] |

Pending before the Court is the parties' joint discovery plan, which was filed on October 5, 2020. Docket No. 15. Measured from the filing of Defendant's motion for summary judgment, Docket No. 5, that discovery plan was due months ago on July 9, 2020, Local Rule 26-1(a). No explanation is provided as to why the parties violated the local rules. Moreover, the presumptively reasonable discovery period is 180 days from a defendant's first appearance, Local Rule 26-1(b)(1), and the parties here want a lengthy 300-day discovery period, *see* Docket No. 15 at 2. No meaningful explanation is provided to support such an expansive discovery period, as the discovery plan instead seeks to justify such relief based on a bare assertion that the current pandemic will impact expert retention and deposition availability, as well as the fact that there is a pending motion that is potentially partially dispositive. *See id.* at 1-2. Such a conclusory assertion is plainly insufficient.[1]

Accordingly, the discovery plan is **DENIED** without prejudice. A renewed discovery plan must be filed by October 9, 2020. The renewed discovery plan must explain why the parties violated the local rule to file a discovery plan months ago. To the extent the renewed discovery

---

[1] The discovery plan also violates the local rules by providing a signature block for Court approval at the start of a new page. *But see* Local Rule IA 6-2.

1


plan continues to seek special scheduling review, it must provide meaningfully developed explanation in support of that request. Counsel must also carefully review the local rules and ensure that the renewed discovery plan otherwise complies therewith.

IT IS SO ORDERED.

Dated: October 6, 2020

_____
Nancy J. Koppe
United States Magistrate Judge