# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PARAMOUNT PROMOTIONS, LLC, et al.,

    Plaintiff(s),

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant(s).

Case No.: 2:20-cv-00846-JAD-NJK

**Order**

    The parties filed a discovery plan months after the deadline for doing so. *See* Docket No. 16; Local Rule 26-1(a).[1] Counsel represent that the violation arose out of their belief that the pendency of a motion for partial summary judgment automatically stayed their discovery obligations. Docket No. 17 at 2. Such a position is completely frivolous. "The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending." *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011). Moreover, the pending motion in this case is not even potentially case-dispositive, *see* Docket No. 5 (challenging only the second and third causes of action), so it could not justify a case-wide stay of discovery even if such relief had been properly sought, *Tradebay*, 278 F.R.D. at 602.

    Litigants are required to comply with the local rules. Local Rule IA 11-8(c). Litigants also have a responsibility to ensure the just, speedy, and inexpensive determination of cases. Fed. R. Civ. P. 1. All counsel of record in this case are hereby **ADMONISHED** for violating the local rules. The Court expects strict compliance with all governing rules and all deadlines moving

---

[1] The Court is entering a scheduling order concurrently herewith.

1

forward. **FAILURE TO COMPLY MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

Dated: October 7, 2020

                                                                                _____
Nancy J. Koppe
United States Magistrate Judge