# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PARAMOUNT PROMOTIONS, LLC, et al.,

    Plaintiff(s),

v.

STATE FARM FIRE AND CASUALTY COMPANY,

    Defendant(s).

Case No. 2:20-cv-00846-JAD-NJK

**Order**

[Docket No. 24]

Pending before the Court is a stipulation to extend the discovery cutoff and subsequent deadlines by 60 days. Docket No. 24. The stipulation is predicated on a bare showing that essentially reiterates the reasons provided four months ago for an extension. *Compare id.* at 3 *with* Docket No. 21 at 3. While the Court is sympathetic to the challenges created by the current pandemic, no showing has been made as to why discovery could not be completed during the intervening four months through the exercise of reasonable diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992); *see also Herndon v. City of Henderson*, ___ F. Supp. 3d ____, 2020 WL 7382766, at *8 n.14 (D. Nev. Dec. 16, 2020). Moreover, it appears that the remaining discovery consists almost exclusively of a few depositions, Docket No. 24 at 3, and no meaningful explanation is provided why another 60 days is needed to complete those depositions. As a one-time courtesy to the parties, the Court will allow a 30-day extension. Counsel must immediately discuss dates for the remaining depositions to take place before the discovery cutoff set herein. Moreover, the Court is not inclined to grant any further extensions absent a significant showing as to why the deadlines set herein cannot be met through the exercise of reasonable diligence.

Accordingly, the stipulation is **GRANTED** in part and **DENIED** in part.  Deadlines are hereby **RESET** as follows:

- Amend pleadings/ add parties:  closed
- Initial experts:  closed
- Rebuttal experts:  closed
- Discovery cutoff:  June 21, 2021
- Dispositive motions:  July 21, 2021
- Joint proposed pretrial order:  August 20, 2021, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: May 24, 2021

_____
Nancy J. Koppe
United States Magistrate Judge