JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
JEFFREY W. CHRONISTER, ESQ.
Nevada Bar No. 15194
**BOWEN LAW OFFICES**
9960 W. Cheyenne Avenue, Suite 250
Las Vegas, Nevada 89129
Telephone: (702)240-5191
Facsimile: (702) 240-5797
twilcox@lvlawfirm.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*

| | |
|---|---|
| PARAMOUNT PROMOTIONS, LLC, a Nevada limited liability company; KEVIN COFFERS, as a Managing Member, Owner, Stockholder, Officer and/or Director and individually;<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation; and DOES I through X; and ROE CORPORATIONS I through X.<br><br>    Defendants. | Case No. 2:20-cv-00846-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTENDING BRIEFING SCHEDULE ON PENDING MOTION**<br><br>**(First Request)** |

Plaintiffs' Paramount Promotions, LLC, Kevin Coffers and Defendant State Farm Fire and Casualty Company stipulate as follows:

1. On July 21, 2021, State Farm filed a Motion for Summary Judgment (ECF 28).

2. Plaintiff's opposition to the Motion for Summary Judgment is due August 11, 2021.

3. The parties have set a Mediation for August 23, 2021 before the Hon. Jennifer P Togliatti (Ret.).

4. The parties wish to relieve Plaintiff of the obligation to file an opposition to the Motion for Summary Judgment until after the Mediation. Accordingly, they request that the due date

for Plaintiff's opposition be reset to September 7, 2021, with any reply due September 14, 2021.

DATED this 9th day of August, 2021

**BOWEN LAW OFFICES**

*/s/ Jerome R. Bowen, Esq.*
Jerome R. Bowen, Esq.
Nevada Bar No. 4540
Attorneys for Plaintiffs

DATED this 9th day of August, 2021

**MESSNER REEVES, LLP**

*/s/ Renee Finch, Esq.*
Renee Finch, Esq.
Nevada Bar No. 13118
Attorney for Defendant

### ORDER

IT IS SO ORDERED.

Dated this 10th day of August, 2021.

_____
U.S. District Court Judge Jennifer A. Dorsey