M. Caleb Meyer, Esq. (Nevada Bar No. 13379)
Renee Finch, Esq. (Nevada Bar No. 13118)
**MESSNER REEVES, LLP**
9845 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone: (702) 363-5100
Facsimile: (702) 363-5101
E-mail: rfinch@messner.com
  cmeyer@messner.com
Attorneys for Defendant
STATE FARM FIRE & CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PARAMOUNT PRODUCTIONS, LLC, a Nevada Limited Liability Company, KEVIN COFFERS, as a Managing Member, Owner, Stockholder, Officer and/or Director and individually,<br><br>Plaintiffs,<br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation; and DOES I through X; and ROE CORPORATIONS I through X,<br><br>Defendants. | Case No. 2:20-cv-00846-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**ECF Nos. 28, 31** |

IT IS HEREBY STIPULATED by and between Defendant, STATE FARM FIRE AND CASUALTY COMPANY through its counsel of record, M. CALEB MEYER, ESQ. and RENEE M. FINCH, ESQ. of MESSNER REEVES LLP, and Plaintiffs, PARAMOUNT PRODUCTIONS, LLC and KEVIN COFFERS, through their counsel of record, JEROME R. BOWEN, ESQ. of BOWEN LAW OFFICES, that all claims against STATE FARM FIRE AND CASUALTY COMPANY

///

*PARAMOUNT PRODUCTIONS, LLC et al v. STATE FARM FIRE AND CASUALTY CO.*
2:20-cv-00846
*SAO for Dismissal with Prejudice*

arising out of Case No. 2:20-cv-00846, be dismissed with prejudice in its entirety, with each of the parties to bear their own attorney's fees and costs.

DATED this 30th day of August, 2021.          DATED this 30th day of August, 2021.

**MESSNER REEVES LLP**                        **BOWEN LAW OFFICES**

/s/ Renee Finch                               

M. Caleb Meyer, Esq.                          Jerome R. Bowen, Esq.
Nevada Bar No. 13379                          Nevada Bar No. 4540
Renee M. Finch, Esq.                          Jeffrey W. Chronister, Esq.
Nevada Bar No. 13118                          Nevada Bar No. 15194
8945 W. Russell Road Ste 300                  9960 West Cheyenne Ave, Ste 250
Las Vegas, Nevada 89148                       Las Vegas, NV 89129
*Attorneys for Defendant*                     *Attorneys for Plaintiffs*

## ORDER

Based on the parties' stipulation **[ECF No. 31]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All pending motions **[ECF No. 28]** are DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 22, 2021